**MARY JANE WHITCOMB, joined by her husband, WILLIAM SELDON WHITCOMB, v. FOGARTY BROS. TRANSFER, INC.**

24 So. (2nd) 239                                     June Term, 1945
December 18, 1945                               Secial Division A

*Clyde H. Wilson* and *Wilbur W. Whitehurst,* for appellants.

*McKay, Macfarlane, Jackson & Ferguson, Knowles & Kirk* and *Morris E. White,* for appellee.

PER CURIAM:

This appeal is from an order granting a new trial. We find no abuse of discretion and affirm the order. Also see Ward v. City Fuel Oil Company, Inc., 147 Fla. 320, 2 So. (2nd) 586, not cited in the briefs.

Affirmed.

CHAPMAN, C. J., BUFORD, THOMAS and ADAMS, JJ., concur.

**RAYMOND HAMBY v. STATE OF FLORIDA**

24 So. (2nd) 301                                     June Term, 1945
December 18, 1945                          Special Division B
Rehearing denied January 9, 1946

*Waybright & Waybright,* for appellant.

*J. Tom Watson,* Attorney General, *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

Judgment affirmed.

CHAPMAN, C. J., TERRELL, BROWN and SEBRING, JJ., concur.